UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| Warren Doucet | * | Civil Action No. 05-1365 |
| versus | * | Judge Tucker L. Melançon |
| Deputy Noel, et al | * | Magistrate Judge Hill |

**JUDGMENT**

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation.  No objections have been filed. After an independent review of the record and the objections filed by the parties, the Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that defendants' Motion for Summary Judgment is **GRANTED,** and all claims against defendants are hereby dismissed with prejudice.

Thus done and signed this 12th day of March, 2007, at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE